
Arthur Hill
2849 Trestle Ct. SW
Concord, NC 28025




U.S. POSTAGE PAID
FCM LG ENV
CONCORD, NC
28027
JAN 19, 22
AMOUNT
$2.76
R2303S104655-04



RECEIVED
In This Office
JAN 21 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
10 6 CB

INSPECTED

Office of the Clerk
United States District Court
324 West Market Street, Room 401
Greensboro, NC 27401

