# EXHIBIT A

artbhill@hotmail.com

| | |
|---|---|
| From: | RM-Connect@bridgecrest.com |
| Sent: | Thursday, October 14, 2021 1:54 PM |
| To: | artbhill@hotmail.com |
| Subject: | Bridgecrest™ [ID: BC900494] |

Hello,

Thank you for contacting us regarding your account.

We value the privacy and security of your information. In order to assist with your request, please contact Customer Service at the number below and a representative will be happy to assist you.

***Please note that specifics of your account cannot be discussed via email or live chat***

Explore the different resources available online including the FAQs (Frequently Asked Questions) and the Payments tabs that can be accessed 24 hours a day, 7 days a week! Please continue to visit your online portal as more enhancements are made to this service.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695,
Los Angeles, CA 90084-2695

You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695
Los Angeles, CA 90084-2695

**You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.**

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail. This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail.

artbhill@hotmail.com



| | |
|---|---|
| **From:** | ART HILL |
| **Sent:** | Thursday, October 14, 2021 3:09 PM |
| **To:** | RM-Connect@bridgecrest.com |
| **Subject:** | RE: Bridgecrest™ [ID: BC900494] |
| **Attachments:** | retail_contract.pdf |
| **Importance:** | High |

I sent two messages today and they are requests for information. I need the responses in writing by regular mail or email if that is more convenient.

Attached is page one of the retail purchase agreement I'm referring to which includes my name, address, VIN, stock number, etc. The messages I sent included the VIN # and each were sent using [ Contact Us ] feature while I was logged in to bridgecrest.com.

I have provided enough information to fulfill the [Contact Us] requests so a phone call wouldn't yield any additional information.


Thank you,

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
artbhill@hotmail.com
980.521.1819

**From:** RM-Connect@bridgecrest.com <RM-Connect@bridgecrest.com>
**Sent:** Thursday, October 14, 2021 1:54 PM
**To:** artbhill@hotmail.com
**Subject:** Bridgecrest™ [ID: BC900494]


Hello,

Thank you for contacting us regarding your account.

We value the privacy and security of your information. In order to assist with your request, please contact Customer Service at the number below and a representative will be happy to assist you.

***Please note that specifics of your account cannot be discussed via email or live chat***

Explore the different resources available online including the FAQs (Frequently Asked Questions) and the Payments tabs that can be accessed 24 hours a day, 7 days a week! Please continue to visit your online portal as more enhancements are made to this service.

Sincerely,

1

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695,
Los Angeles, CA 90084-2695

You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695
Los Angeles, CA 90084-2695

**You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.**

**The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.**

This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail. This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail.

artbhill@hotmail.com


EXHIBIT 13

| | |
|---|---|
| **From:** | RM-Connect@bridgecrest.com |
| **Sent:** | Thursday, October 14, 2021 3:16 PM |
| **To:** | artbhill@hotmail.com |
| **Subject:** | Bridgecrest™ [ID: BC900494] |

Hello,

Thank you for contacting us regarding your account.

We value the privacy and security of your information. In order to assist with your request, please contact Customer Service at the number below and a representative will be happy to assist you.

***Please note that specifics of your account cannot be discussed via email or live chat***

Explore the different resources available online including the FAQs (Frequently Asked Questions) and the Payments tabs that can be accessed 24 hours a day, 7 days a week! Please continue to visit your online portal as more enhancements are made to this service.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695,
Los Angeles, CA 90084-2695

You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695
Los Angeles, CA 90084-2695

**You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.**

1

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail. This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail.

| | |
|---|---|
| **From:** | ART HILL <artbhill@hotmail.com> |
| **Sent:** | Thursday, October 14, 2021 3:44 PM |
| **To:** | RM-Connect@bridgecrest.com |
| **Subject:** | Re: Bridgecrest™ [ID: BC900494] |

I will not continue responding to these canned responses. One request requires a response within 10 days before statutory penalties may be triggered under NC law so please address my requests as written. This response doesn't even identify the subject matter for either of the two messages I sent. If you don't understand the requests I sent using the [Contact Us] feature, please forward to someone who can up to and including your legal department.

Thank you

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025

Sent from my iPhone

> On Oct 14, 2021, at 3:16 PM, RM-Connect@bridgecrest.com wrote:
>
> Hello,
>
> Thank you for contacting us regarding your account.
>
> We value the privacy and security of your information. In order to assist with your request, please contact Customer Service at the number below and a representative will be happy to assist you.
>
> ***Please note that specifics of your account cannot be discussed via email or live chat***
>
> Explore the different resources available online including the FAQs (Frequently Asked Questions) and the Payments tabs that can be accessed 24 hours a day, 7 days a week! Please continue to visit your online portal as more enhancements are made to this service.
>
> Sincerely,
>
> Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™
>
> Bridgecrest™
> PO BOX 842695,
> Los Angeles, CA 90084-2695
>
> You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.

1

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695
Los Angeles, CA 90084-2695

**You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.**

**The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.**

This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail. This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail.

artbhill@hotmail.com


EXHIBIT 15

| | |
|---|---|
| From: | RM-Connect@bridgecrest.com |
| Sent: | Thursday, October 14, 2021 3:48 PM |
| To: | artbhill@hotmail.com |
| Subject: | Bridgecrest™ [ID: BC900494] |

Hello,

Thank you for contacting us regarding your account.

We value the privacy and security of your information. In order to assist with your request, please contact Customer Service at the number below and a representative will be happy to assist you.

***Please note that specifics of your account cannot be discussed via email or live chat***

Explore the different resources available online including the FAQs (Frequently Asked Questions) and the Payments tabs that can be accessed 24 hours a day, 7 days a week! Please continue to visit your online portal as more enhancements are made to this service.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695,
Los Angeles, CA 90084-2695

You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695
Los Angeles, CA 90084-2695

**You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.**

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail. This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail.



**EXHIBIT 16**

artbhill@hotmail.com

| | |
|---|---|
| From: | ART HILL |
| Sent: | Friday, October 29, 2021 5:49 PM |
| To: | RM-Connect@bridgecrest.com |
| Cc: | artbhill@hotmail.com |
| Subject: | RE: Bridgecrest™ [ID: BC900494] |
| Importance: | Low |

I provided 14 days for you to respond and provide a rebate due to early payoff but I have not received a statement of account or a rebate as requested.

Please TAKE NOTICE that a civil suit will or has already been filed in the Superior Court Division of Cabarrus County Court in North Carolina against both Carvana, LLC and BridgeCrest Credit Company, LLC for violations of North Carolina state law regarding the Sales Agreement and your refusal to provide what I requested on October 14th.

Thank you,

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025

**From:** ART HILL <artbhill@hotmail.com>
**Sent:** Thursday, October 14, 2021 3:44 PM
**To:** RM-Connect@bridgecrest.com
**Subject:** Re: Bridgecrest™ [ID: BC900494]

I will not continue responding to these canned responses. One request requires a response within 10 days before statutory penalties may be triggered under NC law so please address my requests as written. This response doesn't even identify the subject matter for either of the two messages I sent. If you don't understand the requests I sent using the [Contact Us] feature, please forward to someone who can up to and including your legal department.

Thank you

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025


Sent from my iPhone

> On Oct 14, 2021, at 3:16 PM, RM-Connect@bridgecrest.com wrote:
>
>
> Hello,
>
> Thank you for contacting us regarding your account.

1

We value the privacy and security of your information. In order to assist with your request, please contact Customer Service at the number below and a representative will be happy to assist you.

\*\*\*Please note that specifics of your account cannot be discussed via email or live chat\*\*\*

Explore the different resources available online including the FAQs (Frequently Asked Questions) and the Payments tabs that can be accessed 24 hours a day, 7 days a week! Please continue to visit your online portal as more enhancements are made to this service.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695,
Los Angeles, CA 90084-2695

You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.

The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.

Sincerely,

Customer Service | P: 800-967-8526 | F: 866-895-3504 | Bridgecrest™

Bridgecrest™
PO BOX 842695
Los Angeles, CA 90084-2695

**You have consented to receive electronic communications from us about your account. Electronic communications such as email may not be protected. If you do not wish to be contacted by email, please let us know and we will discontinue doing so.**

**The following is a required legal disclosure. This is an attempt to collect a debt. Any information received will be used for that purpose. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation. If you have filed bankruptcy, please disregard any reference to debt collection. This email is for informational purposes only.**

This email message and any attachments contain information which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail. This email message and any attachments contain information

which may be privileged and confidential. If you are not the intended recipient or have received this transmission in error, please notify the sender immediately and destroy all electronic and hard copies of the communication, including attachments. Any disclosure, copying, distribution or use of this information is strictly prohibited. Please consider the environment before printing this e-mail.

3