# EXHIBIT A

MVR-1  
(Rev. 01/17)

North Carolina Division of Motor Vehicles
## TITLE APPLICATION

### CHECK Appropriate Block/s (Application cannot be processed without certification of services)

- ☐ Title Only – Vehicle Not in Operation
- ☐ Title and License Plate Class of License ____
- ☐ Inoperable Vehicle – Vehicle substantially disassembled and unfit or unsafe to be operated on the highway
- ☐ Truck Weight Desired ____ (This includes the truck, trailer and load)
- ☑ Plate No. Transferred TZZ5120 10/31/2019 (List Plate Number and Expiration)
- ☐ Limited Registration Plate (When property taxes are deferred)

For Hire Vehicle ☐ Yes or ☐ No

I certify that all the above information is correct. ABH (Customer's Initials)

### VEHICLE SECTION

| YEAR | MAKE | BODY STYLE | SERIES MODEL | VEHICLE IDENTIFICATION NUMBER | FUEL TYPE | ODOMETER READING |
|---|---|---|---|---|---|---|
| 2016 | BMW | Sedan | 3 Series | WBA8E9G54GNT46394 | Gas | 35,447 |

### OWNER SECTION

Owner 1 ID # 281684552  ARTHUR    B    HILL  
Full Legal Name of Owner 1 (First, Middle, Last, Suffix) or Company Name

Owner 2 ID # ____  
Full Legal Name of Owner 2 (First, Middle, Last, Suffix) or Company Name

Joint applicants request this title to be issued with Joint Tenants with Rights of Survivorship? Check appropriate block: Yes   No

Residence Address (Individual) Business Address (Firm): 2849 Trestle Ct Sw  
City and State: CONCORD NC   Zip Code: 28025

Mail Address (if different from above): ____   City and State: ____   Zip Code: ____

Vehicle Location Address (if different from residence address above): ____   City and State: ____   Zip Code: ____   Tax County: Cabarrus

### LIEN SECTION

**FIRST LIEN**  
Date of Lien: 8/17/2019   ACCOUNT # ____  
Lienholder ID #: 48411290   Lienholder Name: Carvana LLC  
Address: PO Box 29002  
City: Phoenix   State: AZ   Zip Code: 85038-9002

**SECOND LIEN**  
Date of Lien: ____   ACCOUNT # ____  
Lienholder ID #: ____   Lienholder Name: ____  
Address: ____  
City: ____   State: ____   Zip Code: ____

I certify for the motor vehicle described above that I have financial responsibility as required by law.

Geico  
Insurance Company authorized in N.C.

460 240 4735  
Policy Number

| Purchased | Purchase Date | From Whom Purchased (Name and Address) | N.C. Dealer No. | Is this vehicle leased? If Yes, Attach Form MVR-330 | Equipment # |
|---|---|---|---|---|---|
| ☐ New ☑ Used | 8/17/2019 | Carvana LLC, 3631 South Blvd Charlotte NC 28209 | 0077992 | ☐ Yes ☑ No | |

### DISCLOSURE SECTION

All motor vehicle records maintained by the North Carolina Division of Motor Vehicles will remain closed for marketing and solicitation unless the block below is checked.  
☐ I (We) would like the personal information contained in this application to be available for disclosure.

**APPLICATION MUST BE SIGNED IN INK BY EACH OWNER OR AUTHORIZED REPRESENTATIVE OF FIRMS OR CORPORATIONS.**

I (we) am (are) the owner(s) of the vehicle described on this application and request that a North Carolina Certificate of Title be issued. I (we) certify that the information on the application is correct to the best of my (our) knowledge. The vehicle is subject to the liens named and no others. If a registration plate is issued or transferred, I (we) further certify that there has not been a registration plate revocation and that liability insurance is in effect on this vehicle on the date of this application as required by the North Carolina Financial Security Act of 1957.

OWNER'S SIGNATURE: Arthur B Hill  
Date: 8/17/2019   County: Mecklenburg   State: North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: Arthur B. Hill ____ (name(s) of principal(s)).

Notary Signature: Clevish D'mara Bell  
Notary Printed or Typed Name: Clevish D'mara Bell  
My Commission Expires: October 16, 2021

[Notary Seal: Clevish D'mara Bell, Notary Public, Mecklenburg County, NC, Commission Expires 10/16/2021]

**CRVNA00020**