# EXHIBIT B

| | | | | | REGULAR |
|---|---|---|---|---|---|
| New Title# | 77386919247075Y | HIGHWAY USE TAX | 711.00 | OOS CERT OF TITLE | 52.00 |
| Date | 09/04/2019 | TRANSFER PLATE FEE | 20.00 | | |
| Plate # | TZZ5120 | | | | |
| Exp DT | 10/31/2019 | | | | |
| Weight | | | | | |
| Intials | | | | TOTAL | 783.00 |
| User ID | T1C75Y3 | | | | |

## North Carolina Division of Motor Vehicles
### Title Application

MVR-1 (Rev 01/17)

### VEHICLE SECTION

| YEAR | MAKE | BODY STYLE | | | SERIES MODEL |
|---|---|---|---|---|---|
| 2016 | BMW | 4S | | | 328 |

| VEHICLE IDENTIFICATION NUMBER | | TYPE OF FUEL | ODOMETER READING | ODOMETER BRAND |
|---|---|---|---|---|
| WBA8E9G54GNT46394 | | G | 035482 | Actual |

| N.C. DEALER NO. | PURCHASE DATE | PREVIOUS TITLE STATE | DISCLOSE INFORMATION |
|---|---|---|---|
| 75Y | 08/17/2019 | FL | Y |

---

### OWNER SECTION

1 OF 1 OWNERS

Owner 1 ID#  000028684552    ARTHUR BERNARD HILL

*Full Legal Name of Owner 1 (First, Middle, Last, Suffix) or Company Name*

Owner 2 ID# _____

*Full Legal Name of Owner 2 (First, Middle, Last, Suffix) or Company Name*

Joint applicants request this title to be issued with Joint Tenants with Rights of Survivorship? Check appropriate block:  Yes ☐  No ☐

| Residence Address (Individual) Business Address (Firm) | City and State | Zip Code |
|---|---|---|
| 2849 TRESTLE CT SW | CONCORD   NC | 28025-6038 |

| Mail Address (if different from above) | City and State | Zip Code |
|---|---|---|
| | | |

| Vehicle Location Address (if different from above) | City and State | Zip Code | Tax County |
|---|---|---|---|
| | | | Cabarrus |

I certify for the motor vehicle described above that I have financial responsibility as required by law.

| GOVERNMENT EMPLOYEES INSURANCE CO | 4602404735 |
|---|---|
| Insurance Company authorized in N.C. | Policy Number |

---

### LIEN SECTION

1 OF 1 LIENS

| First Lien | | Second Lien | |
|---|---|---|---|
| ACCOUNT #     Date of Lien 08/17/2019 | | ACCOUNT #     Date of Lien | |
| Lienholder ID# 000048411290 | Lienholder Name CARVANA LLC | Lienholder ID# | Lienholder Name |
| Lienholder ID# | Lienholder Name | Lienholder ID# | Lienholder Name |
| Lienholder ID# | Lienholder Name | Lienholder ID# | Lienholder Name |
| Address PO BOX 29002 | | Address | |
| City PHOENIX     State AZ     Zip Code 85038 | | City     State     Zip Code | |

I (we) am (are) the owner(s) of the vehicle described on this application and request that a North Carolina Certificate of Title be issued. I (we) certify that the information on the application is correct to the best of my (our) knowledge. The vehicle is subject to the liens named and no others. If a registration plate is issued or transferred, I (we) further certify that there has not been a registration plate revocation and that liability insurance is in effect on this vehicle on the date of this application as required by the North Carolina Financial Security Act of 1957.

OWNER'S SIGNATURE: _____

Application must be signed in ink by each owner or authorized representative of firms or corporations.

_____County,State_____ Date:_____

I certify that the following person(s) personally appeared before me this, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:_____

Name(s) of principal(s) _____

(SEAL)

_____Notary Public Signature
_____Notary's Printed or typed name
My Commission Expires _____

*094873426524*

## CRVNA00014