# EXHIBIT C

| STATE OF NORTH CAROLINA | | | | | | NC DIVISION OF MOTOR VEHICLES |
|---|---|---|---|---|---|---|
| **REGISTRATION CARD** | | | | | | RECEIPT OF FEES PAID |

| NC LIC NUMBER<br>TZZ5120 | PLT EXP DATE<br>10/31/2019 | | | INSPECTION DUE<br>10/31/2020 | |
|---|---|---|---|---|---|
| VEHICLE ID #<br>WBA8E9G54GNT46394 | | | | | GROSS WT |
| MAKE/SERIES<br>BMW | TITLE #<br>77386919247075Y | | | | EQUIP# |
| SHIPPING WEIGHT | STYLE<br>4S | YEAR<br>2016 | FUEL<br>G | TOTAL FEE<br>36.00 | |
| CLASSIFICATION<br>PRIVATE/PASS VEH | | | VEHICLE BRAND | | |
| CUSTOMER ID# OWNER 1<br>000028684552 | CUSTOMER ID # OWNER 2 | | | COUNTY<br>CABAR | |

ARTHUR BERNARD HILL
2849 TRESTLE CT SW
CONCORD NC 28025-6038

ARTHUR BERNARD HILL

HIGHWAY USE TAX  711.00  Appraised Value:
OOS CERT OF TITLE  52.00  Appeal Deadline:
TRANSFER PLATE FEE  20.00  Taxing Unit    Tax Rate    Amo

Please Fold Here

TOTAL    783.00  Total Property Tax
              75Y  09/04/2019  T1C75Y3
              EFT

G06-GOVERNMENT EMPLOYEES INSURANCE CO
INSURANCE COMPANY AUTHORIZED IN NC
4602404735
POLICY NUMBER

# 10-19

TZZ5120



WBA8E9G54GNT46394