# EXHIBIT 17

MVR-2 (Rev.01/2017)   North Carolina Division of Motor Vehicles   NO FEE
# DEALER'S REASSIGNMENT OF TITLE TO A MOTOR VEHICLE

To be used by North Carolina licensed dealers to reassign out-of-state assigned certificates of title, non-title state registration certificates and/or bills of sale, or other documents acceptable for obtaining a certificate of title in North Carolina for vehicles acquired by North Carolina dealers. May also be used to reassign manufacturer's certificates of origin and North Carolina certificates of title when the space or spaces provided on these documents for dealer's assignments have been used.

**YEAR** 2016   **MAKE** BMW   **BODY STYLE** Sedan   **VIN** WBA8E9G54GNT46394

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:
ARTHUR B HILL   2849 Trestle Ct Sw   CONCORD NC 28025

"I certify to the best of my knowledge that the odometer reading is 35,447 (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: 8/17/2019
To my knowledge the vehicle described herein:
Yes ☐ No ☒ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☒ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: /s/ Marianne Wynne   MARIANNE WYNNE
Printed Firm Name: Carvana LLC   Dealer No. 0077992
Date: 8/17/2019   County: Mecklenburg   State: North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: MARIANNE WYNNE   seller(s)/(name(s) of principal(s)).

Notary Signature: /s/ Cherish O'mara Bell   Notary Printed or Typed Name: Cherish O'mara Bell
"I am aware of the above odometer certification and damage disclosure made by the seller."   My Commission Expires: October 16, 2021   (SEAL)
Hand Printed Name and Signature(s) of Buyer(s): Arthur B Hill   /s/ Arthur B Hill

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: _____
To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: _____
Printed Firm Name: _____   Dealer No. _____
Date: _____   County: _____   State: _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____   seller(s)/(name(s) of principal(s)).

Notary Signature: _____   Notary Printed or Typed Name: _____
"I am aware of the above odometer certification and damage disclosure made by the seller."   My Commission Expires: _____   (SEAL)
Hand Printed Name and Signature(s) of Buyer(s): _____

## RE-ASSIGNMENT OF TITLE BY LICENSED DEALER
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

"I certify to the best of my knowledge that the odometer reading is _____ (NO TENTHS) and reflects the actual mileage of this vehicle unless one of the following statements is checked."
☐ 1. The mileage stated is in excess of its mechanical limits.   ☐ 2. The odometer reading is not the actual mileage.   **WARNING — ODOMETER DISCREPANCY**

DATE VEHICLE DELIVERED TO PURCHASER: _____
To my knowledge the vehicle described herein:
Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market retail value.
Yes ☐ No ☐ Has been a flood vehicle, a reconstructed vehicle or a salvage vehicle.

Hand Printed Name and Signature of Dealer or Agent: _____
Printed Firm Name: _____   Dealer No. _____
Date: _____   County: _____   State: _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____   seller(s)/(name(s) of principal(s)).

Notary Signature: _____   Notary Printed or Typed Name: _____
"I am aware of the above odometer certification and damage disclosure made by the seller."   My Commission Expires: _____   (SEAL)
Hand Printed Name and Signature(s) of Buyer(s): _____

**LIEN OR ENCUMBRANCE - ENTER IN OWNER'S APPLICATION FOR TITLE.**
This form contains the conforming odometer statement and must have the hand printed name and signature of both the buyer and seller.

Verify Authenticity. Face should have a purple background. Back should have a watermark that is visible when held at a 45 degree angle.

CRVNA00019

CONFIDENTIAL

Case 1:22-cv-00037-CCE-LPA   Document 19-6   Filed 03/10/22   Page 2 of 2