# EXHIBIT 18

See EXHIBIT_18.mp4 on attached CDR (CD ROM)

Also available via google drive URL (best viewed in full screen mode):

https://drive.google.com/file/d/1S2ta3FhbfUviEoI-3gBjTsOmJmcshH9Z/view?usp=sharing