# EXHIBIT 19

See EXHIBIT_19.mp4 on attached CDR (CD ROM)

Also accessible via google drive URL (best viewed in full screen mode):

https://drive.google.com/file/d/1kLTyD__EzOmNlxfhuhIN5624ngYMQG-a/view?usp=sharing