IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No: 22-CV-00037

ARTHUR HILL, )
)
Plaintiff, pro se, )
)
vs. )
)
Carvana, LLC. and )
Bridgecrest Credit Company, LLC. )
)
Defendants. )
)
_____ )

**FILED MAR 14 2022**

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document or item: "CD containing Exhibits 18 and 19". This document contains media files that cannot be converted to one of the usually expected electronic formats (i.e. PDF). The document relates to paragraphs 15 and 18 of the "Declaration of Arthur Hill" which was filed in support of Plaintiff's Motion for Partial Summary Judgment in the above-entitled case.

Respectfully submitted this 11th day of March, 2022.

*Arthur Hill*

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: (980)-521-1819
E-mail: artbhill@hotmail.com
***Pro Se Plaintiff***

1

## CERTIFICATE OF SERVICE

I hereby certify that on Marth 11, 2022, I served the foregoing document and the forementioned Exhibits 18 and 19 upon the parties shown below by depositing a copy of the same in the United States mail, postage paid, addressed to said parties:

Ashia Crooms-Carpenter
Nelson Mullins Riley & Scarborough LLP
301 South College Street / 23rd Floor
Charlotte, NC 28202
Email: ashia.carpenter@nelsonmullins.com
Phone: (704) 417-3000
*Attorney for Carvana, LLC*

*Arthur Hill* (signature)

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: (980)-521-1819
E-mail: artbhill@hotmail.com
*Pro Se Plaintiff*