**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Case No: 22-CV-00037**

FILED
APR 11 2022

| | |
|---|---|
| ARTHUR HILL, | ) |
| | ) |
| Plaintiff, pro se, | ) |
| | ) |
| vs. | ) |
| | ) |
| Carvana, LLC. and | ) |
| Bridgecrest Credit Company, LLC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS
MOTION FOR RECONSIDERATION AND
MOTION FOR PARTIAL SUMMARY JUDGMENT**

In accordance with Federal Rule of Evidence 201, the Plaintiff Arthur Hill ("Plaintiff") respectfully requests that this Court, in its consideration of Plaintiff's Motion for Reconsideration filed herewith, take judicial notice of information contained in the exhibits attached hereto. Plaintiff also requests the Court take notice of the same in support of Plaintiff's Motion for Partial Summary Judgment when that motion is referred. (see Docs 17-19)

1. Exhibit 1 is a true and correct copy of the Declaration of Joshua Brown with Exhibit A thereto in support of Carvana, LLC's motion to compel arbitration in Saddler v. Carvana, LLC, CASE NO 4:20CV105 HEA (E.D. Mo. Aug. 11, 2020). Take note that due to the size of the declaration (62 pages), Plaintiff only attaches the first 6 pages which includes the Declaration and Exhibit A (Odometer Disclosure Statement) which is attached to that declaration. The entire document is available on the docket at https://ecf.moed.uscourts.gov/doc1/10719093134.

1

2. Exhibit 2 is a true and correct copy of the Order by the Court granting Carvana, LLC's motion to compel based in large part on evidence present in the Declaration of Joshua Brown and exhibits attached thereto. A full copy of the same is publicly available via the Court docket at https://ecf.moed.uscourts.gov/doc1/10719319877.

3. Exhibit 3 is a true and correct copy of the unpublished opinion this Court relied upon in part when it dismissed the Count 4 of Plaintiff's Second Amended Complaint in the Order entered on April 5, 2022. The Court must take judicial notice of this opinion because it relied upon the same in its Order. A full copy of the same is publicly available via the Fourth Circuit's docket at http://www.ca4.uscourts.gov/Opinions/011436.U.pdf.

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of each of the Exhibits accompanying this Request for Judicial Notice.

Dated: April 8 , 2022.

Respectfully,

Arthur Hill

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: 980.521.1819
Email: artbhill@hotmail.com
*Plaintiff, pro se*