

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No: 22-CV-00037

| | |
|---|---|
| ARTHUR HILL, | ) |
| Plaintiff, pro se, | ) ) ) |
| vs. | ) ) |
| Carvana, LLC. and<br>Bridgecrest Credit Company, LLC. | ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF ARTHUR HILL'S RESPONSE IN OPPOSITION TO DEFENDANT CARVANA, LLC AND BRIDECREST CREDIT COMPANY, LLC'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY

In accordance with Federal Rule of Evidence 201, the Plaintiff Arthur Hill ("Plaintiff") respectfully requests that this Court, in its consideration of PLAINTIFF ARTHUR HILL'S RESPONSE IN OPPOSITION TO DEFENDANT CARVANA, LLC AND BRIDECREST CREDIT COMPANY, LLC'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY filed herewith, take judicial notice of information contained in the exhibits attached hereto.

1. **Exhibit 1** is a true and accurate copy of an Order signed by J. Randal Hall, Chief Judge, United States District Court, Southern District of Georgia in <u>McKie v. Bridgecrest Credit Co.</u>, CV 119-097 (S.D. Ga. May. 20, 2020). This document is presented for the sole purpose of showing that Bridgecrest Credit Company, LLC ("Bridgecrest") is a servicer and assignee of Carvana and they are subject to claims and defenses regarding this case. This document may be access on the docket of the Southern District of Georgia at https://ecf.gasd.uscourts.gov/doc1/05713634944.

1

2. **Exhibit 2** is a true and correct copy of a DocuSign "Certificate of Completion" submitted into evidence by Carvana regarding Saddler v. Carvana, LLC, CASE NO 4:20CV105 HEA (E.D. Mo. Aug. 11, 2020). This document is only being submitted for the purpose of establishing the type of evidence that Carvana has used as proof that a document was not forged and the type of evidence that can also be used to prove forgery. Take note that this Exhibit is page #60 of Exhibit 1 attached to ECF No. 26 ("Request for Judicial Notice"). The declaration that includes Exhibit 2 is available on the docket at https://ecf.moed.uscourts.gov/doc1/10719093134.

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of each of the Exhibits accompanying this Request for Judicial Notice.

Dated: **April 16**, 2022.

Respectfully,

*Arthur Hill*
Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: 980.521.1819
Email: artbhill@hotmail.com
***Plaintiff, pro se***

2