IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| ARTHUR HILL, | )<br>) |
| Plaintiff *pro se*, | )<br>) |
| v. | ) Civil Action No: 1:22-CV-00037<br>) |
| CARVANA, LLC. and<br>BRIDGECREST CREDIT COMPANY, LLC | )<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that the Plaintiff, Arthur Hill, appeals to the Court of Appeals for the Fourth Circuit from the Judgment (Doc #34) entered in this action on the 17th day of May, 2022.

This the 17th day of May, 2022.

*Arthur Hill*
Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Ph: 980-521-1819