FILED: June 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1558
(1:22-cv-00037-CCE-LPA)
_____

ARTHUR BERNARD HILL

    Plaintiff - Appellant

v.

CARVANA, LLC; BRIDGECREST CREDIT COMPANY, LLC

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk