# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF NORTH CAROLINA

Arthur Hill,

                    Plaintiff,

        v.

Carvana, LLC and
Bridgecrest Credit Company, LLC,

                    Defendants.

Civil Action No.  1:22-cv-00037

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and file this Stipulation of Dismissal with Prejudice the Complaint and all claims asserted by Plaintiff in the above-titled action filed by Plaintiff Arthur Hill against Defendants Carvana, LLC and Bridgecrest Credit Company, LLC. Each party shall bear his, her, or its own costs, expenses and attorneys' fees.

Respectfully submitted this 30th day of June 2022.


/s/Arthur Hill
Arthur Hill
2849 Trestle Court SW
Concord, NC 28025

*Pro Se Plaintiff*

/s/Ashia Crooms-Carpenter
Ashia Crooms-Carpenter
NC Bar No.:  54342
Nelson Mullins Riley & Scarborough, LLP
301 South College Street, 23rd Floor
Charlotte, NC 28202
Phone:  704-417-3000
Fax:  704-377-4814
Email:  ashia.carpenter@nelsonmullins.com

*Attorney for Carvana, LLC and*
*Bridgecrest Credit Company, LLC*

1

## CERTIFICATE OF SERVICE

I, Ashia Crooms-Carpenter, hereby certify that, on June 30th, 2022 a true and correct copy of the foregoing was served upon Arthur Hill using the Court's CM/ECF system:

Arthur Hill
2849 Trestle Court SW
Concord, NC 28025
*Pro Se Plaintiff*

*/s/Ashia Crooms-Carpenter*
**Attorney for Carvana, LLC and**
**Bridgecrest Credit Company, LLC**

2